IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11422
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK WOOLEY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:94-CR-29-2
- - - - - - - - - -

April 28, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Mark Wooley, federal prisoner # 25952-077, appeals from the district court's denial of his motion to correct his sentence following the revocation of his supervised release. He has filed motions with this court to proceed in forma pauperis on appeal and for the preparation of a transcript of the revocation hearing at government expense. Wooley's motion for reduction of sentence was unauthorized and without a jurisdictional basis in the district court. See United States v. Early, 27 F.3d 140, 141-42

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(5th Cir. 1994).  Accordingly, his motions are DENIED and the appeal is DISMISSED as frivolous.  <u>See</u> 5TH CIR. R. 42.2.